**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAJIV SHAH GOSAIN, Individually and as assignee and in the name of TECHINVEST INDIA PRIVATE LTD, *Plaintiff*<br><br>v.<br><br>THE REPUBLIC OF INDIA, THE MINISTRY OF CORPORATE AFFAIRS, THE MINISTRY OF LAW AND JUSTICE, and THE OFFICE OF THE OFFICIAL LIQUIDATOR, *Defendants* | Civil Action No. 18-2427(TJK) |

**AFFIDAVIT OF SERVICE**

I hereby certify that true and correct copies of Summonses and First Amended Complaint in the captioned matter were served on January 31, 2020 upon the defendants Republic of India, Ministry of Corporate Affairs, Ministry of Law and Justice, and the Office of the Official Liquidator by sending separate Summonses, First Amended Complaints, and Requests For Service Abroad Of Judicial Or Extrajudicial Documents for each of said Defendants on January 28, 2020 by UPS pursuant to provisions of 28 U.S.C. Section 1608(a)(2) and Articles 2 and 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 U.S.T. 361; T.I.A.S. 6638; 658 U.N.T.S. 163 to the Central Authority of the Republic of India at the following address:

    Central Authority
    The Ministry of Law and Justice
    Department of Legal Affairs
    Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan
    New Delhi
    110 001 India
.

Copies of the tracking receipts from UPS are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 14, 2020

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

By: Gene M. Burd