# EXHIBIT A

भारत सरकार
विधि न्याय एवं कम्पनी कार्य मंत्रालय
कम्पनी कार्य विभाग
कार्यालय शासकीय समापक
उच्च न्यायालय इलाहाबाद
३३, ताशकंद मार्ग, इलाहाबाद—२११००१
दूरभाष :— ६२४६४३

क्रमांक / No. OL)TIL )198

**GOVERNMENT OF INDIA**

Ministry of Law Justice and Compny Affairs
Depart of Company Affairs
Office of the official liquidator
High Court Allahabad
33, Tashkand Marg, Allahabad- 211001
Phone : 624943

दिनांक / Dated

23rd June 2001

Shri Rajiv Gosain
Ex. Managing Director
Techinvest (I) Pvt. Ltd(in Liqn)
Apartment No. 5D, 10, Bhagwan Dass Road,
New Delhi-110001.

Re:    In the matter of M/s Techinvest India (P)Ltd
       (in liquidation), BHEL, Industrial Estate,
       Ranipur, Hardwar.

Sir,

In reference to your letter dated May 23, 2001 issued in
response to our letter dated 15 May 2001 reference TIL/
10/588, please note that as already intimated steps re-
garding disposal of assets of the above company are already
in process with valuation for worth Rs.6.25 crores(approx.)

While we assure you that disposal of assets will be conducted
under due intimation to you at every stage, so that best price
for the said assets is gotten, we have noted that the liabiliti
of the said company as per the statement of affairs accepted
by this office on 7 March 2001, based on the 31 March 2009
audited balance sheet schedule H is only approx. Rs 52 lacs,
and thus there is every chance that significant amount will be

....2

-2-

payable to share holder/you after satisfaction of all creditor dues in the winding up proceedings. The winding up procedure has been discussed in detail with your representative, Shri D. D. Chaturvedi.

While there may be no occasion for your to allege that the assets were disposed for less than the best value as above in the future, in the event of any dispute, you are an NRI and American citizen, we hereby agree that any disputes between you and this office, will be settled in American Courts only, so that as you have conveyed, you are not required to visit India for follow up. If you have any complaint, please write a letter from USA and we will respond to it to allay any mis-understanding.

Your local advocate has requested that since we already agree to settle any disputes that may arise between you and this office in the future in American Courts only, that we waive all rights to immunity that we may have, and we confirm that we have no objection to this.

Yours faithfully,

(S. K. Gupta)
Superintendent
Office of the Official
Liquidator UP, Allahabad.

ATTESTED

NOTARY PUBLIC
DELHI (INDIA)

15 JUN 2002