# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJIV SHAH GOSAIN,<br>Individually and as assignee<br>and in the name of<br>TECHINVEST INDIA PRIVATE LTD,<br>    *Plaintiff*<br><br>    v.<br><br>THE REPUBLIC OF INDIA,<br>THE MINISTRY OF CORPORATE<br>AFFAIRS, THE MINISTRY OF LAW AND<br>JUSTICE, and THE OFFICE OF THE<br>OFFICIAL LIQUIDATOR,<br>    *Defendants* | Civil Action No. 18-2427(TJK) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 28th day of August, 2020, that I am the attorney of record for the plaintiff in the above-captioned case; that the defendants Republic of India, Ministry of Corporate Affairs, Ministry of Law and Justice, and the Office of the Official Liquidator were:

1. Served via UPS pursuant to provisions of 28 U.S.C. Section 1608(a)(2) and Articles 2 and 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 U.S.T. 361; T.I.A.S. 6638; 658 U.N.T.S. 163, on January 31, 2020. A true and correct copy of the proof of delivery of the Summons is attached hereto as Exhibit 1.

2. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is 28 U.S.C. Section 1608(a)(2).

I further certify under penalty of perjury that: no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the

plaintiffs; no extension has been given and the time for filing has expired.

The Clerk is requested to enter a Default against said defendants.

Respectfully submitted,

Dated: August 28, 2020

By: */s/ Gene M. Burd*

Gene M. Burd (D.C. Bar No. 1004330)
FISHERBROYLES LLP
1200 G Street, Suite 800
Washington, DC 20005
Email: gene.burd@fisherbroyles.com
Telephone: 202.750.0529

*Attorneys for Plaintiff Rajiv Shah Gosain*

# EXHIBIT 1

14910228v1



February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620563945

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | P.PUT IN BOX | **Delivery Location:** | ROOM NO. 439-A, 4TH FLOOR A-WI |
| **Service type:** | International Priority | | NEW DELHI, DL, 110001 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777620563945 | **Ship Date:** | Jan 28, 2020 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

**Shipper:**
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

**Reference**  36147.1



Thank you for choosing FedEx



February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620621117

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | P.PUT IN BOX | **Delivery Location:** | ROOM NO. 439-A, 4TH FLOOR A-WI |
| **Service type:** | International Priority | | NEW DELHI, DL, 110001 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jan 31, 2020 11:18 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777620621117 | **Ship Date:** | Jan 28, 2020 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

**Shipper:**
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

**Reference**      36147.1



Thank you for choosing FedEx

# FedEx

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620656589

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620656589 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference                36147.1



Thank you for choosing FedEx

# FedEx

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620675253

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620675253 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference                    36147.1



Thank you for choosing FedEx

# FedEx

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620736590

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620736590 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:**
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

**Shipper:**
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference      36147.1



Thank you for choosing FedEx

# FedEx

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620722870

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620722870 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference    36147.1



Thank you for choosing FedEx

# FedEx

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620513046

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620513046 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference         36147.1



Thank you for choosing FedEx