# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJIV SHAH GOSAIN,<br>Individually and as assignee<br>and in the name of<br>TECHINVEST INDIA PRIVATE LTD,<br>*Plaintiff*<br><br>v.<br><br>THE REPUBLIC OF INDIA,<br>THE MINISTRY OF CORPORATE<br>AFFAIRS, THE MINISTRY OF LAW AND<br>JUSTICE, and THE OFFICE OF THE<br>OFFICIAL LIQUIDATOR,<br>*Defendants* | Civil Action No. 18-2427(TJK) |

## AFFIDAVIT OF SERVICE

I hereby certify that true and correct copies of Summonses and First Amended Complaint in the captioned matter were served on January 31, 2020 upon the defendants Republic of India, Ministry of Corporate Affairs, Ministry of Law and Justice, and the Office of the Official Liquidator by sending separate Summonses, First Amended Complaints, and Requests For Service Abroad Of Judicial Or Extrajudicial Documents for each of said Defendants on January 28, 2020 by UPS pursuant to provisions of 28 U.S.C. Section 1608(a)(2) and Articles 2 and 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 U.S.T. 361; T.I.A.S. 6638; 658 U.N.T.S. 163 to the Central Authority of the Republic of India at the following address:

Central Authority
The Ministry of Law and Justice
Department of Legal Affairs
Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan
New Delhi
110 001 India

Copies of the tracking receipts from UPS are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 14, 2020            _____

By: Gene M. Burd

# EXHIBIT 1

14910228v1

**FedEx**

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620563945

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620563945 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference       36147.1



Thank you for choosing FedEx



February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620621117

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 777620621117 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference        36147.1



Thank you for choosing FedEx

**FedEx**

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620656589

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620656589 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference          36147.1



Thank you for choosing FedEx

**FedEx**

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620675253

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620675253 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference        36147.1



Thank you for choosing FedEx

**FedEx**

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620736590

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620736590 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference        36147.1



Thank you for choosing FedEx

**FedEx**

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620722870

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P.PUT IN BOX | Delivery Location: | ROOM NO. 439-A, 4TH FLOOR A-WI |
| Service type: | International Priority | | NEW DELHI, DL, 110001 |
| Special Handling: | Deliver Weekday | Delivery date: | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 777620722870 | Ship Date: | Jan 28, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

Shipper:
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

Reference                 36147.1



Thank you for choosing FedEx

# FedEx

February 05, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 777620513046

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | P.PUT IN BOX | **Delivery Location:** | ROOM NO. 439-A, 4TH FLOOR A-WI |
| **Service type:** | International Priority | | NEW DELHI, DL, 110001 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jan 31, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777620513046 | **Ship Date:** | Jan 28, 2020 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
THE MINISTRY OF LAW AND JUSTICE, CENTRAL AUTHORITY
ROOM NO. 439-A, 4TH FLOOR A-WING,
SHASTRI BHAVAN - INDIA
NEW DELHI, DL, IN, 110001

**Shipper:**
DEJA GAYLE,
1775 PENNSYLVANIA AVE
WASHINGTON, DC, DC, US, 20006

**Reference**         36147.1



Thank you for choosing FedEx