# EXHIBIT F

Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

RAJIV SHAH GOSAIN

Plaintiff(s)

v.

MINISTRY OF CORPORATE AFFAIRS OF THE REPUBLIC OF INDIA, et al

Defendant(s)

Civil Action: 18-cv-02427-TJK

RE: REPUBLIC OF INDIA, MINISTRY OF CORPORATE AFFAIRS OF THE REPUBLIC OF INDIA OFFICE OF THE OFFICIAL LIQUIDATOR OF THE MINISTRY OF CORPORATE AFFAIRS OF THE REPUBLIC OF INDIA & MINISTRY OF LAW AND JUSTICE OF THE REPUBLIC OF INDIA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 01/31/2020, and an affidavit on behalf of the plaintiff having been filed, it is this 20th day of September, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk