# EXHIBIT
# G

E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- :
-                                                       :     Case No. 09-cv-4172 (VM)
RAJIV SHAH GOSAIN,                                      :
                                                        :
                    Plaintiff,                          :     **DECLARATION OF JOHN F.**
          v.                                            :     **DENNIS-BROWNE**
                                                        :
TEXPLAS INDIA PRIVATE LTD.,                             :
                                                        :
                    Defendant.                          :
------------------------------------------------------- :
-

John F. Dennis-Browne declares, under penalty of perjury, as follows:

      1.     I make this Declaration out of personal knowledge, except where otherwise indicated, in support of the Plaintiff's claim for an award of damages in this action.

      **2.**     A copy of my CV is attached as **Exhibit A.**

      3.     From 1972 to 1990, I worked at Kollmorgen Corporation ("Kollmorgen") and ultimately became its Senior Vice President of Licensing. At that time, Kollmorgen was in the business of manufacturing Printed Circuit Boards ("PCB's), electric motors, gallery cameras for the printing industry, and chemicals and materials for the PCB industry. Because PCB's necessarily require the use of insulating materials, my group had cause to perform research and development in the field of insulating materials as well.

      4.     My responsibilities at Kollmorgen included overseeing the design and sometimes the construction of turn-key factories for the manufacture of PCBs, chemical products

and insulating materials for electrical components.  I also was involved in the procurement of related equipment.  In this role, I supervised ten factories outside of the United States, including three in India, three in Russia and three in China.  The three turn-key PC factories we built in India were Indal, in Nanjangud, now the largest ($70 million) under the name AT&S; Bharat Circuits near New Delhi; and Narmada in Bharuch.  Part of my function included advice on process specifications, plant and machinery, real estate, waste treatment, and marketing of the factory's production.

5.      I note that on many occasions we licensed the use of our proprietary technology.  In fact, in 1990, Kollmorgen had over 130 licensees, including IBM, Schering, DuPont, Hitachi, Grundig, Motorola, General Electric, and Western Electric. See Newspaper Article **Exhibit B.**

6.      During my time at Kollmorgen, I had occasion to work with the ownership and senior management of TechInvest India, Ltd. ("TechInvest"), including the Plaintiff in this action, Rajiv Gosain ("Mr. Gosain").  TechInvest was in the business of manufacturing insulating materials for power generation and transmission as well as the transportation segments of industry.

7.      In 1982 the former Managing Director of TechInvest, Krishan Gosain, Mr. Gosain's father, came to Glen Cove, NY seeking technology from Photocircuits Technology Division, Kollmorgen Corporation where I was then Senior Vice President, Licensing, and we met then and many times thereafter.  Krishan Gosain and his colleagues in management asked us to consult on TechInvest.

8.      After Kollmorgen was taken over in 1990 by a company called Amp-Akzo, I formed my own company, Crosslink, and remained associated with the industry until 2005 as a

consultant and material supplier. I have consulted on various projects relating to the industry, as well as the construction of many factories around the world.

9.      As part of the process of evaluating the establishment of new factories, I spent significant time in India. In fact, in 1993, I spent ten days there consulting with TechInvest management on a factory to build continuous rigid insulating material for the booming electronics market. The plan was to erect a state of the art continuous reel plant in Punjab with technology supplied by AEG Isolier Und Kunsttoff ("AIK"), a subsidiary of Diamler Benz in Germany. I assessed the market (Indian and export), TechInvest's current capabilities, vision, and potential government subsidization. I evaluated the existing factory, including its structure, equipment, and the books and records of the TechInvest business. I also evaluated the feasibility of redeveloping the existing TechInvest facility. As a result of these efforts, I developed a substantial amount of information about the TechInvest facility, equipment, plant and machinery, and its overall business. Accordingly, a proposal to this effect was approved by the Punjab Government.

10.      Through my work at Kollmorgen and my involvement in the broader electrical insulating and PCB industry, I have also acquired substantial knowledge about the resources required to construct and properly equip a factory similar to the factory owned by TechInvest during that time.

11.      In order to assess the damages suffered by Mr. Gosain as a result of Texplas's misconduct, I took a number of steps. This included reviewing equipment lists, as well as detailed information about the factory that had previously existed. I also consulted with a number of former Kollmorgen colleagues with renowned experience in the industry. And of

course, I relied on my substantial experience with the industry, the factory and building factories – both in general and in India.

12.    In order to build my damages/ replacement cost model, I also sought the assistance of two former colleagues who have substantial experience in the industry – Dr. Hayao Nakahara and Howard Hansen.  Their CVs are attached as **Exhibits C and D**, respectively.

**13.**    Based on the steps undertaken, I have concluded that Mr. Gosain has suffered damages in the amount of $ 29,151,044.00 for the replacement value of the equipment, the factory itself, and various incidentals.  I note that this figure includes the current value of the land on which the factory used to be situated, which I understand was also separately evaluated. The damages relating to the factory and its equipment are set forth on the spreadsheet, which was prepared under my supervision with the assistance of Howard Hansen who concurs with it per his Declaration to that effect filed separately, and is attached as **Exhibit E.**

14.    Once again, I reviewed a comprehensive list of the equipment that was installed in the TechInvest factory during 2000 and which was handed over to Texplas, and have consulted with various sources in the industry regarding this equipment.  A copy of the equipment list is included in Exhibit D titled "Plant and Machinery".  Based on my consultations, as well as my own knowledge of the market for this equipment, I have determined that the value of that equipment today is approximately $14,253,600/-, excluding freight, insurance and import duty levied in India.

15.    I likewise considered the value of the existing factory structure.  I have relied on my personal knowledge of TechInvest which was gathered from my visits to India and my evaluation of strategic alternatives for the TechInvest business.  I also have relied on my experience building similar factories in India and elsewhere around the world, and consultations

with other knowledgeable parties. Based on this analysis, I have concluded that the start-up costs required to be incurred to commission a replacement factory are $ 11,004,821. This includes the cost of rebuilding the plant, supplying the necessary infrastructure, and taking the needed start-up steps but excludes the replacement cost of the land and factory building which I have calculated to be an additional sum of $ 3,054,855. Thus, a total of $ 14,059,676.

16.     In addition to the above, Mr. Gosain has suffered additional losses. These include approximately $40,725 that would be required to replace accessories that were on hand at the time that Texplas took control of the factory; $331,980 to replace tools and jigs; and $45,585 to replace the lab. In addition, at the time that Texplas assumed control, certain raw materials and finished products were on hand. In my opinion, replacing the raw materials today would cost $19,678, while replacing the finished products would cost $ 399,800. I have also very conservatively included $ 500,000 under goodwill, as TechInvest was one of the premier manufacturers of its time with a nationwide reputation built over a quarter century, had marquee governmental customers, and it will take considerable cost and effort to establish its brand name again, in current market circumstances where other manufacturers have filled the void arising from TechInvest's demise.

17.     Thus the total per Exhibit E is $ 29,151,044.00, which is the current cost to commission a factory equivalent to the TechInvest factory of 2000 at the same location as it was originally situated.

Dated: New York, New York
       November 28 2017

                                                J. F. Dennis-Browne
                                                _____
                                                John F. Dennis-Browne

-5-

A

# Résumé
## of
## John F. Dennis-Browne

Phone: (516) 759 7873  Fax: (516) 759 7874
Email: swincroftllc@optimum.net

**Foundation:**   Born in London;  lived in America since 1970;  green card;  married – one
daughter aged twenty-one; one nineteen year old son.

Madrid University, ('58) – Dip. Phil.;
Oxford University, ('63) – BA, MA (Mod Lang.), Dip. Ed.;
Mexico University, ('64) – Mayan Civilization Studies..

Speak/write excellent French, good Spanish, kitchen German, Italian and
Portuguese. Knowledge of Russian, Chinese, Japanese, and Greek.

**Career:**   Currently, Managing Director, Crosslink  USA Ltd.  A small private
company, with offices in Mentor, OH, and Glen Cove, NY engaged in the
global development and marketing of technology for printed circuits, plating
on plastics, metal finishing, electronic materials, and chemicals.

Until April 2nd. 1990 Senior vice-president, PCK Technology Division,
Kollmorgen Corporation, a $344 million diversified (periscopes; motors;
printed circuits; color instrumentation) manufacturing company listed on the
NYSE.  PCK was an R&D and Service business, unique in that it generated an
$18 million income.  It was renowned in its field of electronic interconnection
techniques, related chemicals, and materials.  Joined in 1972 - a 17 year span.

Prior to PCK, three years at Powers Chemco, Glen Cove, NY, a large,
privately held Corporation engaged in the manufacture and sale of film,
cameras, electronics, chemicals and general supplies to the Graphic Arts
industry.  Began in Technical Service, then Product Manager for a color
registration system.

Before that, two years in the Travel business, at American Grand Circle, 555
Madison Avenue, NY.  Wrote a guide-book to 39 European cities, and ran
operations out of Switzerland.

Started career by teaching four years in England, France, and America at
junior, high school, and college level.

**Performance:**   At PCK, the job involved licensing proprietary technology in over 20
countries. The main menu was processes for printed circuits and the chemicals
and materials used in their manufacture, but motors, periscopes, gun-sights
featured as a sub-menu. We sold strategically and with a judicious blend of
patent, know-how and trademark licensing, together with the sale of
consumables.

Managed the Licensing, Marketing, Advertising, and Distribution Network
departments, with a staff of seven, an annual budget of $2,200,000, and an
income of $5,000,000. 20% of my time was concerned with maintaining client
relationships; 20% with marketing/product research and development; 20%
with administration and management; and 40% negotiating and selling
technology transfer licenses. Over ten years, these contracts earned
$20,000,000 in pre-payments alone, not counting running-royalties, or related
product sales.

PCK had 35 licensees when I took over, earning $3,000,000 per year. By the
time PCK was sold to Amp-Akzo (who had no interest in actively selling
technology) we had grown to 130 licensees, earning royalties of $8,000,000,
and with distribution sales amounting to $3,000,000. The Distribution
Network extended world-wide. Its main line was solder masks. Under my
guidance, market share was regained in America with new products, and new
distributors. We organized the very first foreign nation-wide distribution
network in the People's Republic of China.

**Contacts:**   I have negotiated with over 500 companies in the printed circuit, electric
motor, computer, chemical, plastic and electronic material fields. Too many
to list, but we operated in the USA, Canada, Japan, Mexico, England, Ireland,
Sweden, Germany, Italy, France, Holland, Switzerland, Hong Kong, Taiwan,
Singapore, South Africa, and Australia, as well as those cited below.
Licensing negotiations last several months, whether successful or
unsuccessful, and involve upper, middle, and lower management, thus many
friendships and useful contacts are made over the discussion table and during
transfer/implementation. We built several turn-key factories: two for printed
circuits in Russia, in Moscow and Kiev; one for Venezuela, two in China one
in Xian for pcb's, and one for epoxies in the Pearl Delta. In Brazil we built a
large advanced technology additive pcb plant in Campinas to service Ford.
And in India, we built a small pcb factory close to Delhi for the Kumar/Rai
family, and two more large ones for Indal in Nanjangud, and for Gujurat
Narmada in Bharuch.

Glen Cove   10/18/95

B

# PEOPLE IN BUSINESS

# 'Selling what's never been sold before'

By Stephen Williams

Although he speaks with a English accent, John Dennis-Browne talks American tough, with short sentences and emphasizes his way he talks, he could probably make his living as a salesman, a spy or a senator.

For the past 12 years, John Dennis-Browne — who looks a lot like airline entrepreneur Sir Freddie Laker — had made his living as a senior vice president of PCK Technology. PCK is a collection of think-tank cubicles and electronic equipment, cubicles and under an unassuming building just off the Long Island Expressway in Melville and under the umbrella of the Kollmorgen Corp. of Stamford, Conn.

PCK is not unassuming. More than 150 companies around the world manufacture printed circuit boards and employ chemical processes developed under some of PCK's patents. We think for money, we work for money for its products now amounts to about $12 billion a year, a figure the company expects to double next year.

Dennis-Browne's specific chores for PCK involve 1) coordinating the licensing technology and 2) making big money for his business. We think for money, for a way to sell. We propagate ourselves . . . if we don't, we die," he says.

PCK, Dennis-Browne said, has shared in more than 2,000 patents with companies all over Europe, Asia, Australia, South Africa, with firms that include IBM, Wang, Sony, Schering, Matshushita, Hitachi, RCA, Fuji, Ford/Aerospace, General Electric.

Selling technology isn't like selling shoes or encyclopedias, most of the time. It's the selling nothing else, because what's being sold is never been sold before.

"You have to be a lawyer and an engineer and a marketer, and there isn't anybody who's been there before," Dennis-Browne says. He often punctuates his sentences by slowly raising his arm, then lowering it fast. "That's a truism in high technology, and a chief problem: you haven't been there before. You get someone with a new thing. He says, 'Who's using it now and how's he doing with it?'

"Licensing technology is very common — hundreds of thousands of people are engaged in licensing. But very few companies do it the way we do it," he said.

"Our great strength," Dennis-Browne recently told a prospective client from Spain, "is that we should sit in the middle like a giant spider in a web, and feel everything."

The PCK division — the PC stood for the Photocircuits company in Glen Cove, acquired by Kollmorgen in 1970 — has, theoretically, the base of all worlds. Any processes or materials developed with the division are licensed for royalties to other users, whether those users be within Kollmorgen, or outside the corporate family.

In turn, the companies that pay royalties to use PCK's technology agree to exchange with PCK any improvements they make on the products or processes. This technology transfer is called "grantback," and is an agreement Dennis-Browne says is used with 80 percent of the companies that PCK deals with.

PCK also insures the technology horizon to buy ideas from other think-tanks. Qu, "We think," where you have to be creative. He says a "two guys that are very smart they sit ideas. You have to be creative in buying technology as in creating it."

Being strictly a research and development division gives PCK an edge over companies that do both research and manufacturing, Dennis-Browne says. "We're lucky where you have to gear up every day and shove it out the door. We can take five years to look for a good idea."

The electronics work from PCK accounts for about half of the $200 million annual sales of Kollmorgen (the other divisions include a line of motors and controls and electro-optical instruments. One of the company's first products was the submarine periscope).

Printed circuitry now is the prime work at PCK. Because so many more innovative and complicated uses are being found for integrated circuits and semiconductor materials, some of the major work at PCK is devoted to making such circuits "denser," or able to perform more functions with more speed at less cost.

"There's no modesty in putting PCK's Multiwire and Microvia techniques for producing enormous complex circuitry. "Almost every month there's a breakthrough in chips," he said. "The circuits that connect the chips are reaching the limits of technology. At the moment,



A truism — and a problem — in high technology is that you haven't been there before, says John Dennis-Browne, senior vice president at PCK Technologies.

the way to get high density — to connect lots of chips together — is multilayering. Multiwire is an alternative process.

The boards strung by Multiwire, a computer-aided design process, are so intricate that PCK had to design its own board-testing to check the circuits for shorts.

"We spent millions on Multiwire and at first, we couldn't get it to work," he said. "People said there was a market for it. We said there was a market but in the process of doing it, we saw the procedure is so advanced that 25 percent of the printed circuits made in Japan even us PCK methods.

The erudite Dennis-Browne, who is 44, is well equipped for the part of his job that takes him away from Melville. Before he's done his homework, before his job is in the technology job that brought him over. Before he was deposed in Switzerland. "We decided to create your world like to take ourselves," he said. While running American Grand Circle, Dennis-Browne wrote a travel guide — also now devoted to 29 European cities.

Over the course of a recent evening, as an Italian dinner party, Dennis-Browne, not Dr. Karl Egerer, one of the executive of Photocircuits. When Dennis-Browne came to Glen Cove in 1968 to care for his wife, who was ill, he took a job as a technical writer at the company called Photocircuits, where he was never called Dennis-Browne to come to PCK.

"What entrepreneurs want to do is to run their own companies," said Dennis-Browne.

"PCK is as close as I came to that."

He still travels, but recently returned from a trip to India, where he helped set up printed-circuit engineering in Delhi. "We got stuck in a traffic jam in India," he said. "An elephant and a truck collided."

"India," he went on, "could be the next offshore. It has cheap, cheap labor, a common language — English — and a tremendous pool of managerial and engineering personnel.

Dennis-Browne's days rarely ends when he leaves the office. "At the moment, I have two French people and a Swiss guy living at my house. They are among some of the casualties who have come to Long Island to see first-hand how PCK has to offer. "You have to spend a lot of time. In high technology, it's a license," says Dennis-Browne, referring to the formal contract. "But you have to make that paper substantive with a personal relationship. You have to support a client, teach him about the technology."

C

# Résumé
## Of Howard M. Hansen

12, Grassy Pond Drive, Smithtown, NY 11787

**Education:**   1964   SUNY Farmingdale, AAS in Chemical Technology
1972   NYU,  BS, ChE

**Experience:**   1965 – 1972   Photocircuits Corporation, Glen Cove, NY.  Research technician specializing in materials for printed circuit board production.

1972 – 1981   PCK  Technology Division, Kollmorgen Corporation, Melville, NY.  PCB manufacturing engineer specializing in planning, construction and commissioning of PCB turn-key factories, including Avtoprom Import, PCB factory in Pskov, Soviet Union 1979; China National Oil Exploration Ministry PCB factory in Xian, China 1980

1981 – 2001   Nationwide Circuit Products, Nutley, NJ.  PCB manufacuring engineer as above. Projects included: Bharat Photocircuits Ltd PCB factory, New Delhi, India 1984. Gujurat Narmada Fertilizer Ltd PCB factory in Baroda, India 1985. Indian Aluminium Ltd PCB factory, Karnakata, India 1986.  Pentafour Products Ltd base material laminate factory in Chennai, India 1995

2001 – 2015   Brookhaven National Lab Instrumentation Division, Upton, NY. Research Technical Specialist. Operated a complete printed circuit manufacturing laboratory which produced complex PCB's for high energy physics experiments at all ten of the US Dept. of Energy National Labs, under strict secrecy protection and top military clearance status

Currently     Part-time consultant.

Smithtown   1/1/2016

D

Dr. Hayao Nakahara Biography

Hayao Nakahara was born on December 21, 1937 in the City of Fukuoka on Kyushu Island of Japan.   He grew up in Shijiazhuang, Hebei Province in China, for eight years from 1938 till 1946.

He received a bachelor's degree in Electrical Engineering from Waseda University in Tokyo.   After two years with Yaskawa Electric as a dc motor designer, he went to Seattle to study at University of Washington, from which he received a master's degree in Electrical Engineering.

By chance, he was offered a job by Photocircuits Corporation in 1965, one of the oldest PCB makers in the world.   While at Photociruits, he attended Columbia University in NYC and obtained a doctorate degree in Electrical Engineering.

In 1989, after 25 years with Photocircuits and later at its sister company, PCK Technology, where his last function was a manager of international technology licensing, he decided to form his own PCB consulting firm and since then for more than 25 years, he has been engaged in consulting work in all aspects of PCB business.   He is best known worldwide for his work, "World Top PCB Makers", which he has been authoring every year for more than 20 years.   The reports are published in PC Design & Fabrication magazine every year.   The articles have been published also in Japanese, German, French and Chinese every year.



E

| 2017 | Summary | | A |
|---|---|---|---|
| | | | |
| # | *Item* | *10/24/2017* | |
| | | *Replacement cost in US $* | |
| | | | |
| | | | |
| | | | |
| 1 | Plant & Machinery | 14,253,600 | |
| 2 | Accessories | 40,725 | |
| 3 | Tools & Jigs | 331,980 | |
| 4 | Lab | 45,585 | |
| 5 | Raw Material | 19,678 | |
| 6 | Finished products | 399,800 | |
| | **Sub-total** | 15,091,368 | |
| | | | |
| 7 | Start-up, land, freight, know-how, buildings, pollution control | 14,059,676 | |
| | | | |
| | | | |
| | **Total** | $    29,151,044 | |

| 2017 | Production equipment | | | | 1 |
|------|----------------------|---|---|---|---|
| # | Item | 10/24/2017 | Qty | Total | |
| | | Replacement cost in US $ | | US $ | |
| | | | | | |
| 1 | 1,000 ton 8-daylight press w. plates | 975,000 | | 975,000 | |
| 2 | 150 ton press w. plates | 181,000 | | 181,000 | |
| 3 | 120 ton 2-daylight press w. plates | 225,000 | | 225,000 | |
| 4 | 100 ton press w. plates | 120,000 | | 130,000 | |
| 5 | 12 ton press w. plates | 64,000 | | 64,000 | |
| 6 | Mini press w. plates | 10,500 | 2 | 21,000 | |
| 7 | 45' Impregnation tower w. controls | 4,500,000 | | 4,500,000 | |
| 8 | Prototype impregnation tower | 850,000 | | 850,000 | |
| 9 | A/C plant w. compressor | 1,500,000 | | 1,500,000 | |
| 10 | Heating plant complete | 2,800,000 | | 2,800,000 | |
| 11 | Extra boiler w. motor | 87,000 | | 87,000 | |
| 12 | Winding machine | 280,000 | | 280,000 | |
| 13 | Resin mixer | 75,000 | | 75,000 | |
| 14 | Resin stirrer | 35,000 | | 35,000 | |
| 15 | Oven, 18 Kw w. trolley | 48,000 | | 48,000 | |
| 16 | Oven, 6 Kw, | 30,000 | | 30,000 | |
| 17 | Water vacuum pump | 32,000 | | 32,000 | |
| 18 | Lathe, 12' 5 HP | 150,000 | | 150,000 | |
| 19 | Lathe, 8' 5 HP | 85,000 | | 85,000 | |
| 20 | Drill press, complete | 10,500 | 3 | 31,500 | |
| 21 | Oven | 18,500.00 | 7 | 129,500 | |
| 22 | | | | - | |
| 23 | Circular saw | 21,000 | | 21,000 | |
| 24 | Milling machine, large | 109,000 | | 109,000 | |
| 25 | Milling machine, small | 45,000 | | 45,000 | |
| 26 | Double dimensional saw machine | 75,000 | | 75,000 | |
| 27 | Sawing machine | 68,000 | | 68,000 | |
| 28 | Recessor machine | 275,000 | | 275,000 | |
| 29 | Post grinder | 38,000 | | 38,000 | |
| 30 | Grinder | 20,000 | | 20,000 | |
| 31 | Sander | 5,500 | | 5,500 | |
| 32 | SS resin kettle | 3,500 | | 3,500 | |
| 33 | Pillar (mfr) wood working press | 2,400 | | 2,400 | |
| 34 | Hand press | 2,400 | | 2,400 | |
| 35 | DMO (mfr) machine | 313,000 | | 313,000 | |
| 36 | Weighing machine | 9,000 | 5 | 45,000 | |
| 37 | Compressor | 8,000 | 3 | 24,000 | |
| 38 | Shaper | 125,000 | | 125,000 | |
| 39 | Fume extractor | 7,800 | | 7,800 | |
| 40 | Sander, auto tension | 4,500 | | 4,500 | |
| 41 | Centrifuge pump | 14,000 | | 14,000 | |

| # | Item | 10/24/2017 | Qty | Total | |
|---|---|---|---|---|---|
| 42 | Water pump | 12,000 | | 12,000 | |
| | **Production equipment** | | | | |
| **2017** | | | | | **2** |
| | *Item* | *10/24/2017* | *Qty* | *Total* | |
| | | *Replacement cost in US $* | | *US $* | |
| | | | | | |
| 43 | Vacuum pump | 7,500 | | 7,500 | |
| 44 | Tape cutter, 3 HP, gear box | 22,000 | | 22,000 | |
| 45 | Tube winder | 38,000 | | 38,000 | |
| 46 | Wire winder | 24,000 | | 24,000 | |
| 47 | Tensile strength machine | 42,500 | 2 | 85,000 | |
| 48 | Impact tester | 37,000 | 2 | 74,000 | |
| 49 | Transformer | 100,000 | | 100,000 | |
| 50 | Generator, 100 KVA, Kirlosker (mfr) | 125,000 | | 125,000 | |
| 51 | Furnace | 65,000 | | 65,000 | |
| 52 | Blower | 3,000 | 7 | 21,000 | |
| 53 | Profiler | 65,000 | | 65,000 | |
| 54 | Chain pulley | 1,750 | 2 | 3,500 | |
| 55 | Heat exchanger, 2HP & 7.5 HP | 17,500 | | 17,500 | |
| 56 | Shell & tube condenser | 16,500 | | 16,500 | |
| 57 | RCC (mfr) water tank | 38,000 | | 38,000 | |
| 58 | Furnace oil tank  gal | 12,250 | 2 | 24,500 | |
| 59 | Dust collecter | 14,500 | 2 | 29,000 | |
| 60 | Dust proofing system | 18,500 | | 18,500 | |
| 61 | Arc welder | 7,500 | | 7,500 | |
| 62 | Dryer | 6,000 | | 6,000 | |
| 63 | Painting machine | 8,000 | | 8,000 | |
| 64 | Fly cutter | 12,500 | | 12,500 | |
| 65 | Gear box & motor | 6,500 | | 6,500 | |
| | | | | | |
| | | | | 14,253,600 | |

| 2017 | Accessories, tools, & spare parts | | | | 3 |
|---|---|---|---|---|---|
| | | | | | |
| # | Item | 10/24/2017 | Qty | Total | |
| | | Replacement cost in US$ | | US$ | |
| | | | | | |
| 1 | Slot wedge | 2 | 5000 | 10,000 | |
| 2 | Slot wedge | | LS | 10 | |
| 3 | SS plates | 50 | 67 | 3,350 | |
| 4 | Iron plates | 20 | 35 | 700 | |
| 5 | Surface plates | 250 | 7 | 1,750 | |
| 6 | Angle plate | | | 250 | |
| 7 | Bench vises | 150 | 6 | 900 | |
| 8 | Valves | 70 | 6 | 420 | |
| 9 | Pump | | | 850 | |
| 10 | Welding machine | | | 4,500 | |
| 11 | Switch boxes | 75 | 12 | 900 | |
| 12 | Cut outs | 50 | 2 | 100 | |
| 13 | Starter | 250 | 2 | 500 | |
| 14 | Tools and instruments | | | 2,500 | |
| 15 | Bearings | 100 | | 100 | |
| 16 | Softner | | | 75 | |
| 17 | Hose pipe | 100 | 2 | 200 | |
| 18 | H.S. fatty | | | 100 | |
| 19 | Steel door | | | 350 | |
| 20 | Lathe parts | | | 1,500 | |
| 21 | Fibreglass tubes | | | 1,000 | |
| 22 | Hammer | | | 20 | |
| 23 | Rods 4" dia. | 200 | 4 | 800 | |
| 24 | Rods 15" dia. | | | 1,000 | |
| 25 | Electric motors 2 to 7.5 HP | | | 4,500 | |
| 26 | TC frame | 100 | 16 | 1,600 | |
| 27 | Welded mesh | | | 250 | |
| 28 | Mandrel moulds | | | 2,500 | |
| | | | | | |
| | | | | 40,725 | |

| 2017 | Tools & Jigs | | | 4 |
|---|---|---|---|---|
| # | Item | 10/24/2017 | Qty | Total |
| | | Replacement cost in US $ | | US $ |
| 1 | Reviver prep mixer | | | 1,500 |
| 2 | Shearing machine | | | 4,500 |
| 3 | Universal milling machine | | | 60,000 |
| 4 | Drum sander | | | 11,500 |
| 5 | Vertical boring machine | | | 28,000 |
| 6 | Kedder mixer for DMC | | | 2,500 |
| 7 | Injector meter on tower | | | 2,500 |
| 9 | Fans, circulation | 150 | 6 | 900 |
| 10 | Fans, exhaust | 250 | 6 | 1,500 |
| 11 | Fans, ceiling | 100 | 7 | 700 |
| 12 | A/C, office, R&D | 400 | 4 | 1,600 |
| 13 | Shell & Tube condensor | | | 2,500 |
| 14 | Water tank & Chimney | | | 18,000 |
| 15 | Cabin fan | | | 500 |
| 16 | Motor cooler | | | 2,500 |
| 17 | Storage pipes | | | 500.00 |
| 18 | Tables | 75 | 18 | 1,350.00 |
| 19 | Chairs | 30 | 20 | 600.00 |
| 20 | Metal lockers | 75 | 6 | 450.00 |
| 21 | Telephones | 50 | 6 | 300.00 |
| 22 | Desk top | | | 1,500.00 |
| 23 | Filing cabinets | 50 | 4 | 200.00 |
| 24 | Filing racks | 35 | 4 | 140.00 |
| 25 | Various tools, instruments & machinery | | | 7,500.00 |
| 26 | Portable scale | | | 450.00 |
| 27 | Platform scale | | | 4,500.00 |
| 28 | Sheets, CRCA | | | 150.00 |
| 29 | Temperature meter | | | 750.00 |
| 30 | Impact tester | | | 8,500.00 |
| 31 | Tensile tester | | | 2,500.00 |
| 32 | Thermometer | | | 90.00 |
| 33 | Thermo coupler | | | 250.00 |
| 34 | Insulation mega meter | | | 3,200.00 |
| 35 | Heat stability tester | | | 1,500.00 |
| 36 | Compression tester | | | 2,500.00 |
| 37 | Test transformer HV, 100 KVA | | | 4,500.00 |
| 38 | Wedge type grip | | | 50.00 |
| 39 | Vacuum pump | | | 1,750.00 |
| 40 | Muffle furnace | | | 2,500.00 |
| 41 | Oven, forced air | 18,500 | 2 | 37,000.00 |
| 42 | Balance | | | 50.00 |

| # | Item | 10/24/2017 | Qty | Total |
|---|------|-----------|-----|-------|
|   |      |           |     | 331,980 |

| 2017 | Lab | | | | 5 |
|---|---|---|---|---|---|
| # | Item | 10/24/2017 | Qty | Total | |
| | | Replacement cost in US$ | | US$ | |
| | | | | | |
| 1 | Desk top | 1,400 | 3 | 4,200 | |
| 2 | Telephone | 55 | 5 | 275 | |
| 3 | Balance | 462.50 | 4 | 1,850 | |
| 4 | Balance, Tulamen | 700 | 2 | 1,400 | |
| 5 | Balance, single pen | 250 | | 250 | |
| 6 | Balance, Popular | 200 | | 200 | |
| 7 | Thermometer | 75 | | 75 | |
| 9 | Tray | 15 | 3 | 45 | |
| 10 | Fire bucket | 25 | 4 | 100 | |
| 11 | Clock | 50 | | 50 | |
| 12 | Vernier calliper | 112.5 | 2 | 225 | |
| 13 | Vernier calliper, large | 225 | | 225 | |
| 14 | Date machine | 100 | | 100 | |
| 15 | Voltage stabilizer | 225 | 2 | 450 | |
| 16 | Timer | 85 | | 85 | |
| 17 | Franking machine | 2,400 | | 2,400 | |
| 18 | Baby tower, complete | 25,000 | | 25,000 | |
| 19 | Floor press | 1,250 | 2 | 2,500 | |
| 20 | Stirrer | 150 | 3 | 450 | |
| 21 | Heater | 188 | 4 | 750 | |
| 22 | Glass jar | 15 | 2 | 30 | |
| 23 | Balance, electric | 750 | | 750 | |
| 24 | HV machine | 1,400 | | 1,400 | |
| 25 | Testing machine | 750 | | 750 | |
| 26 | Temperature controller | 125 | | 125 | |
| 27 | Platform scale | 125 | | 125 | |
| 28 | Temperature indicator | 125 | | 125 | |
| 29 | Thermocoupler w. selector | 450 | | 450 | |
| 30 | Sub meter | 200 | | 200 | |
| 31 | Gear box w. motor | 800 | | 800 | |
| | | | | | |
| | | | | 45,585 | |

| 2017 | Raw material | | | | 6 |
|---|---|---|---|---|---|
| # | Item | 10/24/2017 | Qty | Total | |
| | | Replacement cost in US $ | | US $ | |
| | | | | | |
| | | Capacity | Qty | Total | |
| | | | | | |
| 1 | Heating oil | Drum | 1 | 275 | |
| 2 | Methyl | liter | 25 | 300 | |
| 3 | Hardner 750 | liter | 25 | 250 | |
| 4 | Paraffin wax | Kg | 100 | 650 | |
| 5 | TDP | Kg | 50 | 385 | |
| 6 | Hardner K 10 | Kg | 80 | 640 | |
| 7 | EPN | Kg | 50 | 1,250 | |
| 8 | ST 1907 | Kg | 50 | 700 | |
| 9 | Hardner K 86 | Kg | 2.5 | 85 | |
| 10 | Strings | Kg | 20 | 25 | |
| 11 | Trioxide 4 | Kg | 40 | 560 | |
| 12 | Hardner HY 951 | Kg | 5.25 | 79 | |
| 13 | Hardner K 3 | liter | 6 | 185 | |
| 14 | Hardner MEKP | liter | 2 | 64 | |
| 15 | Pigment | Kg | 6 | 120 | |
| 16 | Varnish | Kg | 4 | 40 | |
| 17 | Pigment green | Kg | 2 | 65 | |
| 18 | Perry dot | liter | 0.75 | 25 | |
| 19 | Hardner FZ 986 | Kg | 30 | 900 | |
| 20 | Hardner HY 905 | Kg | 30 | 3,800 | |
| 21 | Resin HZ | Kg | 100 | 100 | |
| 22 | Silicon ruler paper | Roll | 1 | 30 | |
| 23 | PP filter | Kg | 10 | 2,400 | |
| 24 | Asbestos paper | Kg | 260 | 1,750 | |
| 25 | Melamine | | 175 | 2,500 | |
| 26 | Chemical glaze | | 200 | 2,500 | |
| | | | | 19,678 | |
| | | | | | |
| | Confirms 2 tons raw material | | | | |

| 2017 | Scrap, Junk & Waste | | | | 7 |
|---|---|---|---|---|---|
| # | Item | 10/24/2017 | Total | | |
| | | Replacement cost in US $ | US $ | | |
| | | | | | |
| | | Qty | | | |
| 1 | Fibre scrap | 5 mt | | | |
| 2 | Sheet, asbestos | 16 | | | |
| 3 | Ter belt roll | 9 | | | |
| 4 | Vise, open bench | 1 | | | |
| 5 | Heater rod | 30 | | | |
| 6 | Reflector | 5 | | | |
| 7 | Cables | L.S. | | | |
| 8 | Iron ochre | L.S. | | | |
| 9 | Sheets, TCMP | 950 | | | |
| 10 | Pieces, TCMP | 90 | | | |
| 11 | Hard board | L.S. | | | |
| 12 | Drums, plastic | L.S. | | | |
| 13 | Scrap | 1 mt | | | |
| 14 | Epoxy | 50 | | | |
| 15 | Magnetic sheet | 120 | | | |
| 16 | Epoxy sheet | 25 | | | |
| 17 | Drum, metal | L.S. | | | |
| 18 | Glass cloth | 5 | | | |
| 19 | Mat C5N | 24 | | | |
| 20 | Cardboard dryer | L.S. | | | |
| 21 | G.I. pipe | 20 | | | |
| 22 | Dent maker | 5 | | | |
| 23 | Cylinders | | | | |
| 24 | Bracket | | | | |
| 25 | Scrap iron | 2 mt | | | |
| 26 | Scrap asbestos | 1 qtl | | | |
| 27 | Drums | 13 | | | |
| 28 | Ducts | | | | |
| 29 | Wash basin | 1 | | | |
| 30 | Trolley | | | | |
| 31 | Pump | | | | |
| 32 | Pipe insulation | | | | |
| 33 | M.S. Stands | 2 | | | |
| 34 | M.S. pipes | 14 | | | |
| 35 | Spray gun | 1 | | | |
| 36 | Belt | | | | |
| 37 | Dies | 38 sets | | | |
| 38 | 6' dia. Mould ring | | | | |
| 39 | M.S. bars | 39 H | | | |

| # | Item | 10/24/2017 | Total | | |
|---|------|-----------|-------|---|---|
| 40 | Drum, plastic 100 lit | 15 | ` | | |
| | | | | | 8 |
| 41 | Drum, metal 200 lit | 6 | | | |
| 42 | Drum, metal half | 2 | | | |
| | | | | | |
| | | | | | |
| | Confims 5 mt broken material | | | | |
| | | | | | |

| 2017 | Finished Product | | | | | 9 |
|---|---|---|---|---|---|---|
| | | | | | | |
| # | Item | 10/24/2017 | Qty | Total | | |
| | | Replacement cost in US$ | | | US$ | |
| | | | | | | |
| 1 | Sheets under first floor shed | 2 lakh | 5 | m.t. | 170,000 | |
| 2 | Polyent | 680 | 100 | Kg | | |
| 3 | T.G.I. | 150 | 150 | Kg | | |
| 4 | Film strip 15 mm | 250 | 50 | Kg | | |
| 5 | Film strip 12 mm | 250 | 50 | Kg | | |
| 6 | TCMP sheets | 210 | 800 | Kg | | |
| 7 | Melamine sheets | 400 | 250 | Kg | 2,000 | |
| 8 | Sheets, various | 2 lakh | 6.7 | m.t. | 227,800 | |
| | | | | | | |
| | | | | | 399,800 | |

| 2017 | Start-up, loss, land, infrastructure, freight. | | 10 |
|---|---|---|---|
| # | *Item* | *10/24/2017* | |
| | | *US $* | |
| | | | |
| | | | |
| 1 | Feasibility studies | 50,000 | |
| 2 | Land: 5,083 sq meters @ $435 | 2,211,105 | |
| 4 | Buildings:  25,000 sq ft @ $25 | 625,000 | |
| 5 | Buildings:  walk-in condition | 218,750 | |
| 6 | Know-how, commissioning @ 15% of sub-total | 2,263,705 | |
| 7 | Pollution control | 1,200,000 | |
| 8 | Goodwill/ Customer acquisition | 500,000 | |
| 10 | Freight  100 Tons | 200,000 | |
| 11 | Import Duty @ 45% of sub-total of Summary sheet A | 6,791,116 | |
| | | | |
| | | | |
| | | 14,059,676 | |

|  |  |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| 11,004,821 | 3,054,855 |